# UNITED STATES BANKRUPTCY COURT

District of New Hampshire
55 Pleasant Street
Room 200
Concord, NH 03301−3941

---

In re:

Alfred A DiPrima Jr
Debtor.

Case No. 26−10660−KB
Chapter 7

---

## NOTICE OF DEFICIENT FILING

Local Bankruptcy Rule 9013−1(f) requires certain Local Bankruptcy Forms be included when a party files a request for entry of an order by the court. On October 15, 2026, Creditor Matthew J. Schiavoni filed a Motion to Extend Time to File a Complaint (ECF No. 10) without the required forms.

Creditor Matthew J. Schiavoni must file a Notice of Hearing and Proposed Order on or before **October 29, 2026, using the version of the Local Bankruptcy Form that went into effect on February 1, 2026.** Failure to do so may result in the filing being dismissed without prejudice.

Local Bankruptcy Rules and Forms are available on this Court's website at www.nhb.uscourts.gov.

Date: October 15, 2026

Kristie Trimarco
Clerk of Court
By: /s/ P. Ptak
Deputy Clerk

Form 9013ntcproseform − 291