# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

In re:
Alfred A DiPrima, Jr

Bk. No. 26-10660-KB
Chapter 7

Debtor(s)

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I served the Clerk's Notice of Deficiency Doc. No. 11 on the persons listed below by causing it to be mailed by first-class United States Mail, postage prepaid.

Matthew Schiavoni
33 Prospect Street
Bradford, MA 01835

For the Court
Kristie Trimarco, Clerk of Court

Date: October 15, 2026

By: /s/ P. Ptak
Deputy Clerk